HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| MARILYN NIKOLAS, an individual,<br><br>       Plaintiff,<br><br>   v.<br><br>BOLDPLANNING, INC., a Tennessee for profit corporation, FULTON WOLD, an individual, RICK WIMBERLY, an individual, and ED WOLFF, an individual,<br><br>       Defendants. | NO. 3:18-CV-05645-BHS<br><br>STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE<br><br>**(Clerk's Action Required)** |

STIPULATION

COME NOW the above-captioned parties, by and through their respective counsel, and stipulate as follows:

1.    That all claims in this matter have been fully and finally compromised and settled.

2.    That this matter should now be dismissed, without prejudice and without attorney's fees or costs to any party.

3.    That the Court will retain jurisdiction over this matter from this Order of Dismissal Without Prejudice for up to one year from the date of this submission.

STIPULATION AND ORDER OF DISMISSAL
WITHOUT PREJUDICE - 1

**SKIDMORE FOMINA PLLC**
1001 Fourth Avenue, Suite 4400
Seattle, Washington 98154

1    4.    That the subjoined order may be presented *ex parte* for signature and entry by any

2  judge or court commissioner of the above-captioned court, without further notice.

3

4  DATED: February 25, 2021                    DATED: February 25, 2021
   MIX SANDERS THOMPSON, PLLC                  SKIDMORE FOMINA PLLC
5

6

7           *s/ Michael Sanders*                          *s/ Damien Villarreal*
8  Michael G. Sanders, WSBA #33881             Damien N. Villarreal, WSBA #50708
   Attorney for Defendants                     Gregory M. Skidmore, WSBA #47462
9                                              Vera P. Fomina, WSBA #49388
                                               Attorneys for Plaintiff
10
                                  ORDER
11
          THIS MATTER having come before the Court on the foregoing stipulation of the parties,
12
   through counsel, it is hereby ORDERED, ADJUDGED AND DECREED that this matter shall
13
   be and is hereby DISMISSED WITHOUT PREJUDICE and without costs to any party.
14
          DATED this 1st day of March, 2021.
15

16

17

18

19  BENJAMIN H. SETTLE
    United States District Judge
20

21

22

23

24

25

STIPULATION AND ORDER OF DISMISSAL               **SKIDMORE FOMINA PLLC**
WITHOUT PREJUDICE - 2                             1001 Fourth Avenue, Suite 4400
                                                   Seattle, Washington 98154

Presented by:

SKIDMORE FOMINA PLLC

_____
         *s/ Damien Villarreal*

Damien N. Villarreal, WSBA #50708
Gregory M. Skidmore, WSBA #47462
Vera P. Fomina, WSBA #49388
Attorneys for Plaintiff

Approved as to Form; Notice
of Presentation Waived:

MIX SANDERS THOMPSON, PLLC

_____
         *s/ Michael Sanders*
Michael G. Sanders, WSBA #33881
Attorney for Defendants

STIPULATION AND ORDER OF DISMISSAL
WITHOUT PREJUDICE - 3

**SKIDMORE FOMINA PLLC**
1001 Fourth Avenue, Suite 4400
Seattle, Washington 98154